*Thomas B. Kattell* for appellants.
*S. Mack Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

LEE W. BEATTIE et al., Respondents, *v.* ISAAC F. GARRISON et al., Appellants.

*Real property — title — action to restrain trespass.*

*Beattie* v. *Garrison*, 204 App. Div. 335, affirmed.
(Argued May 8, 1923; decided May 29, 1923.)

APPEAL from a judgment, entered March 2, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiffs. The action was to restrain an alleged trespass. The only question at issue was whether plaintiffs or defendants have title to the easterly portion of the tract in question. Plaintiffs' title was derived through the foreclosure of two certain mortgages made by Sylvester Owens to Stephen D. Morrison in 1856 and 1860. Defendants' claim of title was derived through inheritance from Owens, and was based upon the contention that these mortgages did not cover the entire tract of twenty-four acres owned by Owens at the time of the making thereof. The determination of the entire controversy rested upon the single question as to what land was covered by the description in the mortgages.

*Graham Witschief* for appellants.
*Percy V. D. Gott* and *Joseph W. Gott* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.